978

No. 11–259. FLINT v. CHURCHILL DOWNS INC. ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–261. PODARAS v. CITY OF MENLO PARK, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–264. BORST v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 11–267. KRASNER v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–268. HAYDEN v. GREEN. C. A. 6th Cir. Certiorari denied.

No. 11–270. POLES v. BROOKLYN COMMUNITY HOUSING AND SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–273. TORGERSON ET AL. v. CITY OF ROCHESTER, MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 11–276. LEON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–285. NOEL ET AL. v. ARTSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–286. PRIMM v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–291. GABAY v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–294. KENTUCKY v. COBB. Ct. App. Ky. Certiorari denied.

No. 11–308. THOMAS ET AL. v. ALCOSER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

